IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OLIVER C. HICKS**                                                                                           **PLAINTIFF**

V.                                                                                                                      NO. 4:23-CV-242-DMB-JMV

**STATE FARM FIRE AND CASUALTY
COMPANY; J.W. WEBB; and JOHN
DOES 1-3**                                                                                    **DEFENDANTS**

## ORDER

On December 15, 2025, Oliver C. Hicks filed (1) an amended motion for partial summary judgment, Doc. #238; (2) an amended memorandum in support of his amended motion for partial summary judgment, Doc. #239; and (3) "Plaintiff's Amended Itemization of Undisputed Facts," Doc. #240.

Neither this Court's Local Rules nor the Federal Rules of Civil Procedure contemplate or authorize the filing of a separate itemization of undisputed facts. L.U. Civ. R. 7(b)(4); *Lewis v. City of Southaven*, No. 3:23-cv-336, 2024 WL 628006, at *1 (N.D. Miss. Feb. 14, 2024); *Automation Design & Sols., Inc. v. Yeliseyev*, No. 3:08-cv-589, 2012 WL 12974010, at *4 (S.D. Miss. Feb. 29, 2012). Such filings provide an avenue for circumventing the page limits imposed by the Local Rules. *See Landrum v. Conseco Life Ins. Co.*, No. 1:12-cv-5, 2013 WL 6019303, at *15 (S.D. Miss. Nov. 13, 2013) (statement of facts in motion deemed attempt to circumvent page limits).

Because the substance of Hicks' amended itemization of undisputed facts should have been incorporated in his amended memorandum, the amended itemization of undisputed facts [240] is **STRICKEN** and Hicks' December 15 amended motion for partial summary judgment [238] is **DENIED without prejudice**. No later than December 22, 2025, Hicks may refile his motion for

partial summary judgment and his memorandum in accordance with the Local Rules. If refiled, the motion for partial summary judgment and memorandum shall not include any new basis for summary judgment, any new or different exhibits, or any new legal argument or authorities.

    **SO ORDERED**, this 15th day of December, 2025.

                                          /s/Debra M. Brown  
                                          **UNITED STATES DISTRICT JUDGE**